IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 6:21-753 |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| KWAME KHALIL BROWN, | ) | |
| a/k/a "Foogiano" | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, KWAME KHALIL BROWN, a/k/a "Foogiano", who is presently incarcerated at the Athens Clark County Detention Center - Georgia DOC as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/Kevin F. McDonald
_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
November 9, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (#11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address:
justin.holloway@usdoj.gov