IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO.: 6:21-753 |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| vs. ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(e) |
| ) | |
| KWAME KHALIL BROWN, ) | |
| a/k/a "Foogiano" ) | |
| ▬▬▬▬▬▬▬▬▬▬▬▬▬ ) | SEALED INDICTMENT |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about July 5, 2020, in the District of South Carolina, the Defendant, **KWAME KHALIL BROWN, a/k/a "Foogiano,"** knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Glock, model 22, .40 caliber pistol, .45 ACP ammunition, ~~and 9mm ammunition~~, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

*11-9-21 JWH*

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

That on or about July 5, 2020, in the District of South Carolina, the Defendant, ▬▬▬▬▬▬▬▬▬▬▬▬▬ knowingly possessed a firearm in and affecting commerce, to wit, a Glock, model 22, .40 caliber pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

A <u>TRUE</u> BILL

<u>REDACTED</u>
FOREPERSON

_____
M. RHETT DEHART     (JWH/twd)
ACTING UNITED STATES ATTORNEY