IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. <u>6:21-cr-00753</u> |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF WAIVER OF RIGHTS** |
| **KWAME KHALIL BROWN,** | ) | **UNDER THE IADA** |
| a/k/a "Foogiano" | ) | |

Assistant United States Attorney Justin Holloway hereby files this Notice of Waiver of Rights Under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. app. 2, § 2, art. IV(e).

The Defendant in the above-captioned case has been advised that pursuant to this federal prosecution, a detainer will be or has been filed against him. Once a detainer is filed and the Defendant is thereafter transported to federal court, the Defendant has the right under the IADA, 18 U.S.C. app. 2, § 2, art. IV(e), to remain in federal custody until final disposition of the charges against him. Having been informed of this right, the Defendant hereby expressly waives such right under the IADA, specifically, the right to remain in temporary federal custody pending the final disposition of the above-captioned case, and requests that the United State Marshal return him to the jurisdiction with original custody.

The Defendant in the above-captioned case has also been advised that the IADA provides for the disposition of his case within certain time frames. Having been informed of this right, the Defendant hereby expressly waives such right under the IADA, and requests that the disposition of his case instead be governed exclusively by the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

*s/Justin W. Holloway*
Justin W. Holloway
Assistant U.S. Attorney (Fed ID # 11684)

WE CONSENT:

_____
KWAME KHALIL BROWN

_____
COUNSEL FOR DEFENDANT

_____12/13/21_____
DATE

_____12/1/21_____
DATE