IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:21-753 |
| | ) | |
| -vs- | ) | DEFENSE POSITION ON DEFENDANT'S |
| | ) | WAIVER OF RIGHTS UNDER THE IADA |
| KWAME KHALIL BROWN | ) | |

Although, Defendant Brown has requested that he be returned to state custody in Georgia, the IADA creates no right that this request is mandatory. Actually, the exact opposite is true. The IADA does create the right to remain in federal custody pending the resolution of the federal charges. Whether to keep a defendant in federal custody or to return him to state custody is in the discretion of the court.

Although the defendant wishes to be returned to Georgia where he believes that he will receive parole if he is in their custody, the IADA does not appear to grant him this right.

Respectfully submitted

*s/James B. Loggins*
James Barlow Loggins, Assistant
Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

December 28, 2021

Greenville, South Carolina